PD-0306-15    No 07-11-00202-CR

| | | |
|---|---|---|
| JOSHUA COBBS | § | TEXAS |
| | § | |
| V | § | COURT OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND

TO THE HONORABLE JUDGES OF SAID COURT COMES JOSHUA COBBS, APPELLANT, AND FILES MOTION TO SUSPEND TEX. R. APP PROC 9.3 BECAUSE THERE IS NO ACCESS TO A COPY MACHINE HERE AT THE CLEMENTS UNIT.

FILED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

### PRAYER

WHEREFORE, APPELLANT PRAYS THE COURT GRANT THE RELIEF THAT HAS BEEN REQUESTED.

RESPECTFULLY,

Joshua Cobbs
APPELLANT